ACCEPTED
01-15-00409-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/24/2015 12:00:00 AM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00409-CR

IN THE

COURT OF APPEALS FOR THE FIRST SUPREME JUDICIAL DISTRICT OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/24/2015 5:06:00 AM
CHRISTOPHER A. PRINE
Clerk

AT HOUSTON

...................................................................................................................

TRIAL COURT NO. 1299015

IN THE 209TH DISTRICT COURT

OF HARRIS COUNTY, TEXAS

...................................................................................................................

CURTIS SYLVESTER BABERS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

...................................................................................................................

APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

...................................................................................................................

Charles Hinton
P.O. Box 53719
Houston, Texas 77052-3719
832-603-1330
chashinton@sbcglobal.net
SBOT #09709800
Attorney for Appellant

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS

FOR THE FIRST SUPREME JUDICIAL DISTRICT:

Comes now appellant, Curtis Sylvester Babers, pursuant to TEX. R. APP. PROC. 10.5(b) and 38.6 and moves the Court for an extension of time to file appellant's brief, and in support shows the following:

(A) the deadline for filing appellant's brief is August 28, 2015.

(B) the length of the extension sought is until September 28, 2015.

(C) the facts relied upon to reasonably explain the need for an extension are:

Appellant's attorney has been preparing for jury trial in the 209th District Court  in the following cases:

1. The State of Texas vs. Russell Loge, cause number 1181851 (aggravated sexual assault of a child) set for jury trial the week of August 10, 2015. The case was reset until the week of October 16, 2015.

2. The State of Texas vs. Joseph Duran, cause number 1373780 (Murder) set for jury trial the week of August 17, 2015. The defendant entered a plea of guilty to the trial court and the case was reset until November 20, 2015  for the preparation of a pre-sentence investigation report  and a sentencing hearing.

3. The State of Texas vs. Herman Johnson, cause number 1409609 (Murder) set for the week of August 17, 2015. The defendant entered a plea of guilty to the trial court and the case was reset until November 6, 2015 for the preparation of a pre-sentence investigation report and a sentencing hearing.

4. The State of Texas vs. Depachej Johnson, cause numbers 1307808 (burglary of a habitation) and 1346275 (aggravated robbery) set for jury trial the week of August 31, 2015.

(D) No previous extensions have been granted.

Wherefore, undersigned counsel prays this honorable court to extend the time for filing appellant's brief until September 28, 2015.

Respectfully submitted,

/s/Charles Hinton
Charles Hinton
P.O. Box 53719
Houston, Texas 77052-3719
832-603-1330
chashinton@sbcglobal.net
SBOT #09709800
Attorney for Appellant

CERTIFICATE OF SERVICE

I certify that a copy of this motion has been electronically served upon Alan

Curry, Chief Prosecutor, Appellate Division, Harris County District Attorney's Office, 1201 Franklin St., Ste. 600, Houston, Texas 77002 on August 24, 2015.

/s/Charles Hinton
Charles Hinton

CERTIFICATE OF COMPLIANCE

Appellant certifies that the word count of this document is 450.

/s/Charles Hinton
Charles Hinton